BARBARA SMITH v. PETER SHAPIRO.

March 18, 1985.

Petition for certification denied.   (See 197 *N.J.Super.* 320)

HOSPITAL PORTRAIT SERVICE COMPANY v. DEPARTMENT OF TREASURY, DIVISION OF TAXATION.

March 18, 1985.

Petition for certification denied.

HORACE HOUGHTON v. JOHN HOUGHTON.

March 18, 1985.

Petition for certification denied.

IN THE MATTER OF THE PROBATE OF THE ALLEGED WILL OF LEONARD BRASS, DECEASED.

March 18, 1985.

Petition for certification denied.